# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**CATHERINE L. TAYLOR**                                                                  **PLAINTIFF**

**vs.**                                    **NO. 4:06CV00496 GTE**

**EQUIFAX INFORMATION SERVICES, L.L.C.,**
**CHOICEPOINT WORKPLACE SOLUTIONS, INC.,**
**KNOWX, L.L.C., A CHOICEPOINT COMPANY,**
**AND CHOICEPOINT, INC.**                                     **DEFENDANTS**

## **ORDER OF DISMISSAL**

The parties have advised the Court that this case has been fully compromised and settled by the Plaintiff and the Defendants.

IT IS THEREFORE, BY THE COURT, CONSIDERED, ORDERED AND ADJUDGED that this case be, and it is hereby, dismissed with prejudice.

SO ORDERED this 25th day of July, 2007.

                                                                                         /s/ Garnett Thomas Eisele
                                                                                    UNITED STATES DISTRICT JUDGE